IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ROLAND JUNE RICHARDSON, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:24CV810 |
| ) | |
| CLARENCE F. BIRKHEAD, *et al.*, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The Order and Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on October 24, 2024, was served on the parties in this action. (ECF Nos. 3, 4). Plaintiff filed Objections to the Magistrate Judge's Recommendation. (ECF No. 5.)

The Court has reviewed Plaintiff's Objections and has made a de novo determination which is in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that this action be **DISMISSED** pursuant to 28 U.S.C.§ 1915A for failing to state a claim upon which relief may be granted.

A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 21st day of November 2024.

/s/ Loretta C. Biggs
United States District Judge